STATE of Missouri, Appellant,

v.

Jai T. SCOTT, Respondent.

No. WD 59977.

Missouri Court of Appeals, Western District.

May 14, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 2002.

Application for Transfer Denied Aug. 27, 2002.

John Maurice Schilmoeller, Appellate Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John Munson Morris, Sara L. Trower, Office of Attorneys General, Jefferson City, for respondent.

Before LISA WHITE HARDWICK, Presiding Judge, JOSEPH M. ELLIS, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Appellant Jai T. Scott appeals his conviction of the class A felony of Trafficking in the Second Degree, § 195.223, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. Howev-

er, the parties have been furnished with a memorandum opinion for their information only setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).